UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
KYLE G. DEROUSEAU,

                Plaintiff,

-against-                        24 **CIVIL** 6516 (LLS)

**JUDGMENT**

JOHN T. KORZEILUS,

                Defendant.
-----------------------------------------------------------X

      It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Order dated June 16, 2025, the federal claims in Plaintiff's amended complaint are dismissed for failure to state a claim on which relief can be granted, and the Court declines, under 28 U.S.C. § 1367(c)(3), to exercise supplemental jurisdiction of any state law claims.

**Dated:** New York, New York

         June 16, 2025

                                                **TAMMI M. HELLWIG**
                                                **Clerk of Court**

                        **BY:**

                                                **Deputy Clerk**